GLADYS M. MIJON *ET AL.*, PLAINTIFFS-RESPONDENTS, v. VICTOR ACQUAIRE *ET AL.*, DEFENDANTS-RESPONDENTS.

VICTOR ACQUAIRE, PLAINTIFF-PETITIONER, v. FRANKLIN LAKES DAIRY, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below:  51 *N. J. Super.* 426.

*Messrs. Emory, Langan, Lamb & Blake* for the defendant-petitioner, Victor Acquaire.

*Mr. Martin S. Mandon* and *Messrs. Kushner & Kleiner* for Victor Acquaire as plaintiff-petitioner.

*Mr. Charles A. Rooney, Mrs. Marian V. Rooney-Sheehy* and *Mr. Gustave A. Peduto* for the defendants-respondents Westwood Transportation Co., and Pater Galdi.

*Mr. Albert M. Neiss* for the defendants-respondents Franklin Lakes Dairy and Howard Van Syckle.

*Mr. John D. Morrison* and *Mr. William V. Breslin* for Gladys M. Mijon *et al.*, as plaintiffs-respondents and plaintiffs-petitioners.

October 27, 1958.  Denied.